**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

_Julie Marie Oakleaf 473894_
Full Name/Prisoner Number

_10 McGregor Range Rd_
_Chaparral NM 88081_
Complete Mailing Address

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Civil Action No. ___**23cv1131-MIS-LF**___
(To be supplied by the Court)

_Julie Marie Oakleaf 473896_
_____, Plaintiff(s),

Full name(s) and prisoner number(s)
(Do not use _et al._)

v.

_Mr Montes, and Mr Rios_
_____, Defendant(s).

(Do not use _et al._)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. _Julie Oakleaf_ is a citizen of _N. M_ who
   (Plaintiff)                              (State)

presently resides at _10 McGregor Range Rd Chaparral. NM 88081_
                     (mailing address or place of confinement)

2. Defendant _Mr Rios_ is a citizen of _N M_
             (name of first defendant)              (State)

whose address is _same as mine_ ,

and who is employed as _Warden_ . At the time the claim(s)
                       (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
___Yes _X_ No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _Mr. Montes_ is a citizen of _M. M._
(name of second defendant)                         (State)

whose address is _same as mine_

and who is employed as _Gang Intelliance_. At the time the claim(s)
(title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
____Yes   _X_ No.  If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
___X___ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
___X___ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B.  NATURE OF THE CASE

**BRIEFLY** state the background of your case. _On 11·15·23 Mr Montes advised me that there was a policy change for us transgender women_

## C.  CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: _8 Admenment, and 14th Admenment I was told by Mr Montes that if a transwoman was born a male that a male officer would contuct a UA on the transwoman_

2

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Claim II: _NMCD policy, 150-801 state_
_that trans women & trans men have the_
_choice which sex officer will pat, strip_

Supporting Facts: _serch, and contant urine samples_

3

**Claim III:** _____

_____

Supporting Facts:

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a.  Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b.  Name and location of court and docket number _____

c.  Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)

_____

d.  Issues raised: _____

e.  Approximate date of filing lawsuit: _____

f.  Approximate date of disposition: _____

2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes ____No

If your answer is "Yes," briefly describe how relief was sought and the results.

3.  I have exhausted available administrative remedies. _✓_ Yes ____ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted. *I did a informal complaind the day of incadent and then a grivence and neither was answered*

4

## E.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.  Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

b.  Name and location of court and docket number _____

c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: _____

e.  Approximate date of disposition: _____

2.  Are you in imminent danger of serious physical injury? _____ Yes _____ No.  If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G.  REQUEST FOR RELIEF

I request the following relief: I would like the laser hair removale done face down I would like my face and body feminized $2,000,000 for humiliation

**Prisoner's Original Signature**

*John Oakley*

Original signature of attorney (if any)

_____

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

     The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____ .
             (location)                            (date)

Prisoner's Original Signature

LISA TERRAZAS
Notary Public - State of New Mexico
Commission # 1139468
My Comm. Expires Jan 9, 2027

6

SF-1915 Leave to Proceed

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Julie Oakleaf

Plaintiff(s)/Petitioner(s),

v
Mr Montes
&
Mr Rios

No. CIV _____

Defendant(s)/Respondent(s).

---

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security therefor

pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

(1) ✓   I am unable to pay such fees or give security therefor.

(2)   The nature of this action is: a 8th and 14th amendment violation

_____

_____

_____

_____

(3) ✓   I am entitled to redress.

(4)   I authorize the institution in which I am or have been incarcerated, to release any information concerning my inmate account(s) or other informationconcerning my financial affairs. I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of this Court payments in accordance with 28 U.S.C. § 1915(b)(2).

SF-1915 Leave to Proceed

(5) ✓  I acknowledge and consent that a portion of any recovery, as directed by the Court, shall be paid to the Clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.

6)  My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

REQUIRED CERTIFICATION: you must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official or each penal institution at which you are or were confined during the six-month period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _____ on __12/16/2023__
            (location)                              (date)

**LISA TERRAZAS**
Notary Public - State of New Mexico
Commission # 1139468
My Comm. Expires Jan 9, 2027

Prisoner's Original Signature

2

Julie Oakleaf 473896 WO-19
10 McGregor ~~Rd~~ Range Rd.
Chaparral NM 88081



EL PASO TX 799
MON 18 DEC 2023 PM

Legal Mail

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 2 0 2023

MITCHELL R. ELFERS
CLERK

US District Court
333 Lomas Blvd NW, Ste 270
Albuquerque NM 87102